IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| DEVERE ANDRE HALL, SR. | : | CIVIL ACTION |
| --- | --- | --- |
| | : | |
| v. | : | |
| | : | |
| RICHARD KINGSTON, et al. | : | NO. 17-543 |

FILED
MAR 31 2017
KATE BARKMAN, Clerk
By_____ Dep. Clerk

## ORDER

AND NOW, this 30 day of March, 2017, upon consideration of plaintiff Devere Andre Hall Sr.'s amended complaint (ECF No. 4), it is ORDERED that:

1. The amended complaint is DISMISSED for the reasons stated in the Court's Memorandum.

2. The Clerk of Court shall CLOSE this case.

BY THE COURT:

GENE E.K. PRATTER, J.